

# Fourth Court of Appeals
## San Antonio, Texas

March 18, 2020

No. 04-20-00085-CV

Eliza **FLORES**,
Appellant

v.

**HEB GROCERY COMPANY, LP D/B/A JOE V'S SMART SHOP**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-13876
Honorable Angelica Jimenez, Judge Presiding

# O R D E R

A copy of appellant's notice of appeal was filed in this court on February 10, 2020. In accordance with section 51.017(a) of the Texas Civil Practice and Remedies Code, a notice of appeal must be served on each court reporter responsible for preparing the reporter's record. TEX. CIV. PRAC. & REM. CODE ANN. § 51.017(a).

The clerk of the court notified the appellant in writing that the certificate of service attached to the notice of appeal filed in this appeal does not certify that any court reporter was served. The clerk instructed the appellant to file an amended notice of appeal certifying proper service on the responsible court reporter(s) within ten days. An amended notice of appeal has not been filed.

It is therefore ORDERED that appellant's attorneys Mr. Andrew Bivona and Mr. Tej R. Paranjpe must file an amended notice of appeal in compliance with section 51.017(a) *within ten (10) days* from the date of this order. If appellant's attorneys fail to file an amended notice of appeal within the time provided, an order will be issued directing Mr. Bivona and Mr. Paranjpe to appear and show cause why they should not be held in contempt for failing to file the amended notice of appeal. The clerk of this court shall cause a copy of this order to be served on Mr. Bivona and Mr. Paranjpe by certified mail, return receipt requested, or give other personal notice of this order with proof of delivery.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of March, 2020.



_____
Michael A. Cruz,
Clerk of Court